```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 20135
   STANLEY C JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8123


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/01/2008 and was not confirmed.

     The case was dismissed without confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------

ROUNDUP FUNDING LLC      UNSECURED           5697.10          .00             .00
ROUNDUP FUNDING LLC      UNSECURED           1348.65          .00             .00
B-REAL LLC               UNSECURED           6955.45          .00             .00
LITTON LOAN SERV         MORTGAGE NOTI    NOT FILED           .00             .00
LITTON LOAN SERV         MORTGAGE NOTI    NOT FILED           .00             .00
RMI/MCSI                 UNSECURED            236.55          .00             .00
HOME LOAN SERVICES       CURRENT MORTG         .00            .00             .00
HOME LOAN SERVICES       SECURED NOT I      61237.63          .00             .00
AMERICAN EXPRESS         UNSECURED           3379.45          .00             .00
AMERICAN EXPRESS         UNSECURED           2434.20          .00             .00
AMERICAN EXPRESS         UNSECURED           1466.88          .00             .00
AMERICAN EXPRESS         UNSECURED           1846.55          .00             .00
AMERICAN EXPRESS         UNSECURED              .00           .00             .00
AMERICAN EXPRESS         UNSECURED              .00           .00             .00
AMERICAN EXPRESS         UNSECURED              .00           .00             .00
AMERICAN EXPRESS         UNSECURED              .00           .00             .00
AMERICAN EXPRESS         UNSECURED           9394.34          .00             .00
CREDIT UNION 1           UNSECURED           5699.73          .00             .00
LVNV FUNDING             UNSECURED           5929.23          .00             .00
LVNV FUNDING             UNSECURED           6974.34          .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY            .00                           .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 20135 STANLEY C JOHNSON
```

```
DEBTOR REFUND                                                           .00
                                       ---------------   ---------------
TOTALS                                            .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/27/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE